<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| UNITED STATES SUGAR CORPORATION,<br>   *Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>   *Respondent*. | Nos. 22-1271 (and consolidated cases) |

**ERRATA TO PROOF BRIEFS OF ENVIRONMENTAL PETITIONERS AND RESPONDENT-INTERVENOR SIERRA CLUB**

California Communities Against Toxics, Coalition For A Safe Environment, Sierra Club, and Utah Physicians for a Healthy Environment (collectively, "Environmental Petitioners") and Respondent-Intervenor Sierra Club hereby notify the Court that, in addition to inserting citations to the Joint Appendix and correcting formatting, typographical and spacing errors, they have included the following corrections in their final briefs:

**<u>Opening Brief</u>**

  <u>p. 4, updated citation with Joint Appendix page:</u>

1

**Original**: 87 Fed. Reg. at 60,834 (Table 6, emission reductions from 2022 Rule).

**Corrected**: 87 Fed. Reg. at 60,834, JA0019 (Table 6, emission reductions from 2022 Rule).

    <u>p. 7, corrected citation:</u>

**Original**: *See U.S. Sugar Corp. v. EPA*, 830 F.3d 579, 592-593 (D.C. Cir. 2016), cert. denied sub nom. *American Mun. Power v. EPA*, 137 S. Ct. 2296 (2017).

**Corrected**: *See U.S. Sugar*, 830 F.3d at 592-593.

    <u>p. 10, corrected text:</u>

**Original**: *Id.* (emphasis added).

**Corrected**: *Id.* (underscoring added).

    <u>p. 10, updated citation with Joint Appendix pages:</u>

**Original**: EPA's Petition for Panel Rehearing as to Remedy, Doc. #1635275 ("EPA Rehearing Petition").

**Corrected**: EPA's Petition for Panel Rehearing as to Remedy, Doc. #1635275 ("EPA Rehearing Petition"), JA0149-0173.

    <u>p. 10, updated citation with Joint Appendix pages:</u>

**Original**: EPA Rehearing Petition at 1-2.

**Corrected**: EPA Rehearing Petition at 1-2, JA0150-0151.

    <u>p. 10, updated citation with Joint Appendix page:</u>

**Original**: EPA Rehearing Petition at 11.

**Corrected:** EPA Rehearing Petition at 11, JA0160.

 p. 10, updated citation with Joint Appendix page:

**Original**: *See also id*. at 6 ("promulgate revised standards").

**Corrected**: *See also id*. at 6, JA0155 ("promulgate revised standards").

 p. 11, updated citation with Joint Appendix page:

**Original:** *with* EPA Rehearing Petition at 7 (rule has a total of 66 limits).

**Corrected**: *with* EPA Rehearing Petition at 7, JA0156 (rule has a total of 66 limits).

 p. 12, corrected citation and text:

**Original**: 78 Fed. Reg. 7138, 7138/3 (January 31, 2013), JA____.

**Corrected**: 78 Fed. Reg. at 7138/3, JA0090.

 p. 13, corrected text:

**Original**: Major Source ("Revised Floor Analysis"), at 6-7, JA____-____.

**Corrected**: Major Source ("2019 Revised Floor Analysis"), at 6-7, JA0375-0376.

 p. 14, corrected text:

**Original**: Revised Floor Analysis at 6-7, JA____-____

**Corrected**: 2019 Revised Floor Analysis at 6-7, JA0375-0376.

 p. 14, corrected citation with updated Joint Appendix page:

**Original**: *Id.* at 6 (Table 1).

**Corrected**: *Id.* at 6, JA0375 (Table 1).

3

p. 14, corrected text:

**Original**: *See also*, *e.g.*, Revised Floor Analysis, App. H at Tab 1, JA____

**Corrected**: *See also*, *e.g.*, 2019 Revised Floor Analysis, App. H at Tab 1, JA0377

p. 15, corrected text:

**Original**: Revised Floor Analysis at 6-7, App. H, at Tab 1, JA____-____, ____.

**Corrected**: 2019 Revised Floor Analysis at 6-7, App. H, at Tab 1, JA0375-0376, 0377.

p. 16, updated citation with Joint Appendix page:

**Original**: EPA Rehearing Petition at 6.

**Corrected**: EPA Rehearing Petition at 6, JA0155.

p. 18, corrected text:

**Original**: Revised Floor Analysis at 6-7, JA____-____.

**Corrected**: 2019 Revised Floor Analysis at 6-7, JA0375-0376.

p. 24, corrected citation and updated citation with Joint Appendix page:

**Original**: "compel collection or consideration of additional data." *Id.*

**Corrected**: "compel collection or consideration of additional data." 87 Fed. Reg. at 60,821/3, JA0006.

p. 24, corrected text:

**Original**: Revised Floor Analysis at 6-7, JA____-____.

**Corrected**: 2019 Revised Floor Analysis at 6-7, JA0375-0376.

  p. 33, corrected citation and text:

**Original**: 78 Fed. Reg. 7138, 7138/3 (January 31, 2013), JA____.

**Corrected**: 78 Fed. Reg. at 7138/3, JA0090.

  p. 33, corrected text:

**Original**: Revised Floor Analysis at 6-7, JA____.

**Corrected**: 2019 Revised Floor Analysis at 6-7, JA0375-0376.

  p. 33, corrected text:

**Original**: 87 Fed. Reg. at 60,826/1, JA____,

**Corrected**: 87 Fed. Reg. at 60,825-60,826, JA0010-0011,

**Reply Brief**

  p. 5, corrected text:

**Original**: ("Revised Floor Analysis"), Attachment 2, JA____ (showing sources on which floor is based)

**Corrected**: ("2021 Revised Floor Analysis"), Attachment 2, JA194-263 (showing sources on which floors are based)

  p. 6 footnote 1, corrected text:

**Original**: (emphasis added).

**Corrected**: (underscoring added).

  p. 6, corrected text:

**Original**: "best"

**Corrected**: best

p. 17 footnote 2, updated citation with Joint Appendix pages:

**Original**: 78 Fed Reg. 7,138 7,193-7,198 (January 31, 2013) (Tables 1&2, setting out 66 limits)

**Corrected**: 78 Fed Reg. 7,138, 7,193-7,198 (January 31, 2013), JA0113-0118 (Tables 1&2, setting out 66 limits)

p. 17 footnote 2, updated citation with Joint Appendix pages:

**Original**: 87 Fed. Reg. at 60,847-60,852 (same).

**Corrected**: 87 Fed. Reg. at 60,847-60,852, JA0032-0037 (same).

p. 23, corrected text:

**Original**: Revised Floor Analysis at 6-8, JA____-____.

**Corrected**: 2021 Revised Floor Analysis at 6-8, JA277-280.

**Brief of Respondent-Intervenor Sierra Club**

Cover page, corrected text:

**Original**: UNITED STATES SUGAR CORPORATION, *et al.,*
                                            *Petitioners*,

**Corrected**: UNITED STATES SUGAR CORPORATION,
                                            *Petitioner*,

p. 1, corrected text:

**Original:** in an addendum at the end of this brief.

**Corrected:** in an addendum to this brief.

p. 5, corrected text and updated citation with Joint Appendix pages:

**Original**: *Compare* 87 Fed. Reg. at 60,847-60,849 (Table 1, summarizing limits for "New or Reconstructed Boilers"), JA____-____ *with id*. at 60,849-60,852 (Table 2, summarizing limits for "Existing Boilers"), JA____-____.

**Corrected**: *Compare* 87 Fed. Reg. at 60,847-60,849, JA0032-0034 (Table 1, summarizing limits for "New or Reconstructed Boilers") *with id.* at 60,849-60,852, JA0034-0037 (Table 2, summarizing limits for "Existing Boilers").

p. 19, corrected citation and updated citation with Joint Appendix page:

**Original**: 87 Fed. Reg. at 60,833-60,834

**Corrected**: 87 Fed. Reg. at 60,834, JA0019

p. 19, corrected citation and updated citation with Joint Appendix page:

**Original**: 78 Fed. Reg. at 7,154, JA____.

**Corrected**: 78 Fed. Reg. at 7,154, JA0106; EPA-HQ-OAR-2002-0058-4084 at 5, JA0286.

**Addendum to Brief of Respondent-Intervenor Sierra Club**

Cover page, corrected text:

**Original**: UNITED STATES SUGAR CORPORATION, *et al.,*
                              *Petitioners*,

**Corrected**: UNITED STATES SUGAR CORPORATION,
                              *Petitioner*,

As a result of all the changes, the certificate regarding word count

compliance of the opening brief has been updated from 7,905 words (proof) to 7,900 words (final), the reply brief has been updated from 6,345 words (proof) to 6,349 words (final), and the brief of Respondent-Intervenor Sierra Club has been updated from 4,542 words (proof) to 4,545 words (final).

DATED:   December 14, 2023                Respectfully submitted,

<u>/s/ James S. Pew</u>
James S. Pew
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
jpew@earthjustice.org

*Counsel for California Communities Against Toxics, Coalition For A Safe Environment, Sierra Club, and Utah Physicians for a Healthy Environment*

8

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2023, I have served the foregoing Errata on all registered counsel through the Court's electronic filing system (ECF).

*/s/ James S. Pew*
James S. Pew
