# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-1271**  September Term, 2023

EPA-87FR60816

**Filed On:** February 12, 2024

United States Sugar Corporation,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Sierra Club,
       Intervenor

------------------------------

Consolidated with 22-1302, 22-1303

## O R D E R

Upon consideration of the joint proposed oral argument format, it is

**ORDERED** that the following format apply in these consolidated cases, which are scheduled for oral argument at 9:30 a.m. on Thursday, March 21, 2024:

| **Nos. 22-1271 & 22-1302** | **Time Allotted** | **Counsel** |
|---|---|---|
| Industry Petitioners | 15 minutes | Timothy Bishop |
| Respondent EPA | 12 minutes | Perry Rosen |
| Respondent-Intervenor Sierra Club | 3 minutes | James Pew |

| No. 22-1303 | Time Allotted | Counsel |
|---|---|---|
| Environmental Petitioners | 15 minutes | James Pew |
| Respondent EPA | 15 minutes | Perry Rosen |

Argument will be conducted in the order listed. In each part, petitioners should reserve time from their allotments for rebuttal. Form 72 should be completed and submitted by March 14, 2024.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)