**ORAL ARGUMENT NOT YET SCHEDULED**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| UNITED STATES SUGAR CORPORATION,<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 22-1271<br>)  (consolidated with<br>)  Nos. 22-1302 and<br>)  22-1303)<br>)<br>)<br>)<br>)<br>) |

## JOINT UNOPPOSED MOTION TO SEVER ISSUE, ASSIGN NEW CASE NUMBER, AND HOLD IN ABEYANCE

Petitioners American Forest and Paper Association, American Wood Council, and Council of Industrial Boiler Owners (Petitioners in No. 22-1302) (AF&PA Petitioners) and Respondents U.S. Environmental Protection Agency, and Michael S. Regan, Administrator, U.S. Environmental Protection Agency (EPA) (collectively, "Movants"), hereby respectfully move the Court to sever Issue 2 in AF&PA Petitioners' Amended Nonbinding Statement of Issues (ECF No. 2003224) in case No. 22-1302 from lead case *U.S. Sugar Corporation v. EPA*, No. 22-1271, and to hold the severed case in abeyance. As described more fully below, severing

Issue 2 in case No. 22-1302 and holding it in abeyance would likely promote judicial efficiency, conserve resources, and potentially avoid unnecessary litigation.

Counsel for Movant AF&PA Petitioners has conferred with counsel for Petitioner U.S. Sugar Corporation (Petitioner in No. 22-1271) (U.S. Sugar) and Petitioners California Communities Against Toxics, Coalition for a Safe Environment, Sierra Club, and Utah Physicians for a Safe Environment (Petitioners in No. 22-1303) (ENGO Petitioners).  Counsel for U.S. Sugar and ENGO Petitioners state that their clients do not oppose the motion.

In support of this motion, Movants state as follows:

1. On December 2, 2022, AF&PA Petitioners filed in this Court their petition to review a final rule promulgated by Respondent EPA titled "National Emission Standards for Hazardous Air Pollutants for Major Sources:  Industrial, Commercial, and Institutional Boilers and Process Heaters," 87 Fed. Reg. 60,816 (Oct. 6, 2022) (Boiler MACT Rule).  *American Forest and Paper Ass'n et al. v. EPA*, No. 22-1302 (D.C. Cir. filed Dec. 2, 2022) (ECF No. 1976087).

2. The Boiler MACT Rule responds to this Court's remands of EPA's air toxics standards for Industrial, Commercial, and Institutional Boilers and Process Heaters operating at major sources of hazardous air pollutants in *U.S. Sugar Corp. v. EPA*, 830 F.3d 579 (2016) (per curiam), *as remanded by*, 844 F.3d 268 (2016)

(per curiam), *on rehearing en banc*, 671 Fed. App'x 822 (D.C. Cir. 2016), and *Sierra Club v. EPA*, 884 F.3d 1185 (D.C. Cir. 2018).  87 Fed. Reg. at 60,816.

3. On December 4, 2022, AF&PA Petitioners' case, No. 22-1302 was consolidated with Lead case No. 22-1271, and on December 6, 2022, the ENGO Petitioners' petition, No 22-1303, was consolidated.  *See* Order, *U.S. Sugar Corp. v. EPA*, No. 22-1271 (D.C. Cir. Dec. 4, 2022) (ECF No. 1976094) and Order, *U.S. Sugar Corp. v. EPA*, No. 22-1271 (D.C. Cir. Dec. 6, 2022) (ECF No. 1976495).

4. On January 3, 2023, AF&PA Petitioners filed a Nonbinding Statement of Issues, questioning whether the final action at issue in the case was arbitrary, capricious, an abuse of discretion, or otherwise contrary to law.  AF&PA Petitioners subsequently stated that the issues they intended to raise pursuant to their petition included issues that differ from those that U.S. Sugar and Environmental Petitioners intended to raise.  *See* ECF Nos. 1979947, 1974977, 1980200.

5. In response to the Court's Orders of March 10, 2023 (ECF No. 1989619) and April 6, 2023 (ECF No. 1993617), the parties filed a joint proposed Briefing Format on April 25, 2023 (ECF No. 1996301).

6. The parties proposed that Industry Petitioners file a joint brief on June 26, 2023.  *See* ECF No. 1996301.  At this time, the Court has not issued a ruling on the proposal; therefore, a briefing schedule has not been set.

7. On June 13, 2023, AF&PA Petitioners filed an amended statement of issues as follows:

> 1. Whether the application of new source emissions standards to industrial boilers on which construction is commenced prior to August 24, 2020 is arbitrary, capricious, an abuse of discretion, or otherwise contrary to law.
>
> 2. Whether the compliance testing requirements in Table 7 of the final rule are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.

ECF No. 2003224.

8. Over the past several weeks, Movants have engaged in discussions with EPA regarding one of their issues and believe at this time it would be productive to attempt to resolve one of AF&PA Petitioners' issues without the expenditure of additional judicial resources.

9. AF&PA Petitioners intend to participate in the briefing of the first issue identified in its Amended Statement of Issues (the "new source issue") according to the briefing schedule that is pending approval from the Court.

10. AF&PA Petitioners respectfully request that the second issue (the "Table 7 compliance issue") be severed into its own case and held in abeyance

pending further settlement discussions, with filing of status reports to the Court at 90-day intervals.

WHEREFORE, Movants respectfully request that the Court sever Issue 2 in AF&PA Petitioners' Amended Nonbinding Statement of Issues (ECF No. 2003224), assign it a new case number, and hold it in abeyance with an order to file status reports at appropriate intervals.

Dated: June 13, 2023

*Of Counsel*:

Andrew J. Topps
Vice President, General Counsel, and Corporate Secretary
AMERICAN FOREST AND PAPER ASSOCIATION
1101 K Street, N.W., Suite 700
Washington, DC 20005
Andrew_Topps@afandpa.org

Lisa M. Jaeger
BRACEWELL LLP
2001 M Street, N.W., Suite 900
Washington, DC 20036-3310
lisa.jaeger@bracewell.com
COUNSEL TO COUNCIL OF INDUSTRIAL BOILER OWNERS

Respectfully submitted,

/s/ *Shannon S. Broome*
Shannon S. Broome
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
(415) 975-3700
sbroome@huntonak.com

Charles H. Knauss
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
(202) 955-1500
cknauss@huntonak.com

*Counsel for Petitioners American Forest and Paper Association, American Wood Council, and Council of Industrial Boiler Owners*

TODD KIM
Assistant Attorney General

/s/ *Perry M. Rosen (with permission)*
Perry M. Rosen
United States Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 353-7792
perry.rosen@usdoj.gov

*Counsel for Respondents*

-6-

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Joint Motion to Sever Issue, Assign New Case Number, and Hold in Abeyance complies with the requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in proportionally spaced 14-point Times New Roman type.

I further certify that the motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2) and 32(g) because it contains 782 words, excluding exempted portions, according to the count of Microsoft Word.

Dated:  June 13, 2023                            /s/ *Shannon S. Broome*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2023, I caused to be electronically filed the foregoing Joint Motion to Sever Issue, Assign New Case Number, and Hold in Abeyance with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

/s/ *Shannon S. Broome*
Shannon S. Broome